# EXHIBIT 2

STATE OF NEW YORK
UNITED STATES DISTRICT COURT
DISTRICT: EASTERN DIVISION

COUNTY OF QUEENS

INDEX #: CV13-6573
Date Filed: September 17, 2013

*LIANG HUO*

Plaintiff(s)/Petitioner(s)

*vs*

*GO SUSHI GO 9 TH AVE INC, CHI HANG LEWING . TONY CHAN, JOHN DOE & JANE DOE*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

KENNETH BARNES, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On September 19, 2013 at 3;10PM, at 756 9TH AVE , NYC, NY 11791, deponent served the within SUMMONS IN A CIVIL ACTION

on: GO SUSHI GO 9TH AVE INC ., Defendant therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering thereat a true copy of each to CHRIS DOE/ REFUSED NAME personally, deponent knew the person so served to be the THE PROPER/RECIVING AGENT of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to ______ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______

Address confirmed by

#5 MAIL COPY [X] On September 19, 2013, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male Color of skin: Yellow Color of hair: Black Age: 21 - 35 Yrs. Height: 5' 4" - 5' 8"
Weight: 161 - 200 Lbs. Other Features: Glasses

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER [ ]

PATRICIA E LASAK
Notary Public, State of New York
No. 04LA6232541
Qualified in Queens County
Commission Expires December 13, 20*14*

Sworn to before me on *September 23, 2013*

*Patricia E Lasak*

*Kenneth Barnes*
KENNETH BARNES
Server's Lic # 1278936
Invoice/ Work Order # 0300603

ECF, REOPEN

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:13-cv-06573-KBF

Huo v. Go Susho Go 9th Ave. Inc. et al
Assigned to: Judge Katherine B. Forrest
Cause: 29:201 Fair Labor Standards Act

Date Filed: 09/17/2013
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Liang Huo**

represented by **Jian Hang**
Hnag & Associates, PLLC
136-18 39th Avenue Suite 1003
Flushing, NY 11354
(718)-353-8588
Fax: (718)-353-6288
Email: jhang@hanglaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Go Susho Go 9th Ave. Inc.**

**Defendant**

**Chi Hang Lewing**

**Defendant**

**Tony Chan**

**Defendant**

**John Doe**

**Defendant**

**Jane Doe**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2013 | 1 | COMPLAINT against Tony Chan, Jane Doe, John Doe, Go Susho Go 9th Ave. Inc., Chi Hang Lewing. (Filing Fee $ 350.00, Receipt Number 1076964)Document filed by Liang Huo.(laq) (Entered: 09/19/2013) |

| | | |
|---|---|---|
| 09/17/2013 | | SUMMONS ISSUED as to Tony Chan, Jane Doe, John Doe, Go Susho Go 9th Ave. Inc., Chi Hang Lewing. (laq) (Entered: 09/19/2013) |
| 09/17/2013 | | Magistrate Judge Frank Maas is so designated. (laq) (Entered: 09/19/2013) |
| 09/17/2013 | | Case Designated ECF. (laq) (Entered: 09/19/2013) |
| 09/19/2013 | 2 | NOTICE OF CHANGE OF ADDRESS by Jian Hang on behalf of Liang Huo. New Address: Hang & Associates, PLLC, 136-20 38th Avenue, Suite 9E, Flushing, NY, 11354,. (Attachments: # 1 certificate of service)(Hang, Jian) (Entered: 09/19/2013) |
| 09/23/2013 | 3 | ORDER: It is hereby ORDERED that: 1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") promptly at 1:30 p.m. on November 4, 2013 as further set forth in this order. 2. At least four business days prior to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest. 3. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC. See Rule 4.B. Initial Conference set for 11/4/2013 at 01:30 PM before Judge Katherine B. Forrest. (Signed by Judge Katherine B. Forrest on 9/23/2013) (lmb) (Entered: 09/23/2013) |
| 10/01/2013 | 4 | SUMMONS RETURNED EXECUTED. Go Susho Go 9th Ave. Inc. served on 9/17/2013, answer due 10/8/2013. Document filed by Liang Huo. (Hang, Jian) (Entered: 10/01/2013) |
| 10/01/2013 | 5 | SUMMONS RETURNED EXECUTED. Chi Hang Lewing served on 9/19/2013, answer due 10/10/2013. Document filed by Liang Huo. (Hang, Jian) (Entered: 10/01/2013) |
| 10/01/2013 | 6 | SUMMONS RETURNED EXECUTED. Tony Chan served on 9/19/2013, answer due 10/10/2013. Document filed by Liang Huo. (Hang, Jian) (Entered: 10/01/2013) |
| 10/01/2013 | 7 | SUMMONS RETURNED EXECUTED. John Doe served on 9/19/2013, answer due 10/10/2013. Document filed by Liang Huo. (Hang, Jian) (Entered: 10/01/2013) |
| 10/01/2013 | 8 | SUMMONS RETURNED EXECUTED. Jane Doe served on 9/19/2013, answer due 10/10/2013. Document filed by Liang Huo. (Hang, Jian) (Entered: 10/01/2013) |
| 10/23/2013 | 9 | CERTIFICATE OF SERVICE. Document filed by Liang Huo. (Hang, Jian) (Entered: 10/23/2013) |
| 11/04/2013 | 10 | ORDER: since defendants have not yet appeared in this action, the Court hereby adjourns the conference to 1/10/2014 at 01:00 PM before Judge Katherine B. Forrest. Additionally, plaintiff is hereby ORDERED to inform the Court if defendants have not appeared by December 20, 2013. Should defendants fail to appear by that date, the Court shall recommend that plaintiff move for default judgment in lieu of the conference. (Signed by Judge Katherine B. Forrest on 11/4/2013) (tn) (Entered: 11/04/2013) |
| 12/17/2013 | 11 | ORDER: The conference previously scheduled for January 10, 2014 is hereby |

| | | |
|---|---|---|
| | | rescheduled to January 9, 2014 at 11:30 A.M. (Initial Conference set for 1/9/2014 at 11:30 AM before Judge Katherine B. Forrest.) (Signed by Judge Katherine B. Forrest on 12/17/2013) (mro) (Entered: 12/17/2013) |
| 12/18/2013 | 12 | NOTICE OF CHANGE OF ADDRESS by Jian Hang on behalf of Liang Huo. New Address: Hang & Associates, PLLC, 136-18 39th Avenue, Suite 1003, Flushing, New York, 11354, 7183538588. (Attachments: # 1 certificate of service)(Hang, Jian) (Entered: 12/18/2013) |
| 12/20/2013 | 13 | REQUEST TO ENTER DEFAULT against Go Sushi Go 9th Ave. Inc., Chi Hang Lewing, Tony Chan. Document filed by Liang Huo. (Attachments: # 1 Affirmation, # 2 Text of Proposed Order, # 3 Certificate of Service)(Hang, Jian) (Entered: 12/20/2013) |
| 01/09/2014 | 14 | ORDER: On January 9, 2014, an initial pretrial conference was scheduled to occur in the above-referenced matter. Defendants failed to appear, nor have they entered a notice of appearance in this action. Accordingly, if plaintiff desires to pursue a default judgment against defendants, plaintiff shall obtain a Certificate of Default from the Clerk of Court as soon as is practicable. Plaintiff shall then file a motion for default judgment in compliance with the undersigned's individual practices. Should plaintiff fail to pursue a default in a timely fashion, the Court will dismiss this action for failure to prosecute. (Signed by Judge Katherine B. Forrest on 1/9/2014) (mro) (Entered: 01/09/2014) |
| 01/10/2014 | 15 | CLERK'S CERTIFICATE OF DEFAULT as to Go Susho Go 9th Ave. Inc., Chi Hang Lewing, Tony Chan, John Doe and Jane Doe. (jno) (Entered: 01/10/2014) |
| 02/04/2014 | 16 | ORDER: Accordingly, the Court hereby DISMISSES this action for failure to prosecute without prejudice to re-file on or before February 18, 2014. After that date, the action shall be DISMISSED WITH PREJUDICE. The clerk of court is hereby directed to terminate this action. (Signed by Judge Katherine B. Forrest on 2/4/2014) (lmb) (Entered: 02/04/2014) |
| 02/05/2014 | 17 | LETTER addressed to Judge Katherine B. Forrest from Jian Hang dated February 5, 2014 re: Order. Document filed by Liang Huo.(Hang, Jian) (Entered: 02/05/2014) |
| 02/06/2014 | 18 | MEMO ENDORSEMENT on re: 17 Letter filed by Liang Huo. ENDORSEMENT: Ordered: Application granted. The Clerk of Court shall reopen this matter. Plaintiffs have until 2/10/14 to file a proper motion for default (following this Judge's Individual Rules). ( Motions due by 2/10/2014.) (Signed by Judge Katherine B. Forrest on 2/6/2014) (mro) (Entered: 02/06/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/10/2014 11:15:56 | | | |
| **PACER Login:** | ha3454 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cv-06573-KBF |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# EXHIBIT 3

**STATE OF NEW YORK**
**UNITED STATES DISTRICT COURT**
**DISTRICT: EASTERN DIVISION**

**COUNTY OF QUEENS**

**INDEX # :** CV13-6573
**Date Filed:** September 17, 2013

*LIANG HUO*

Plaintiff(s)/Petitioner(s)

vs

*GO SUSHI GO 9 TH AVE INC, CHI HANG LEWING . TONY CHAN. JOHN DOE & JANE DOE*

Defendant(s)/Respondent(s)

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

KENNETH BARNES, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On September 19, 2013 at 3;10PM , at 756 9TH AVE , NYC, NY 11791, deponent served the within SUMMONS IN A CIVIL ACTION

on: **CHI HANG LEWING** , **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering thereat a true copy of each to ______ personally, deponent knew the person so served to be the ______ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to CHRIS DOE //REFUSED NAME a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
Address confirmed by ______

#5 MAIL COPY [X] On September 19, 2013, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male Color of skin: Yellow Color of hair: Black Age: 21 - 35 Yrs. Height: 5' 4" - 5' 8"
Weight: 161 - 200 Lbs. Other Features: Glasses

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER [ ]

Sworn to before me on September 23, 2013

[signature]

PATRICIA E. LASAK
Notary Public, State of New York
No. 04LA6232541
Qualified in Queens County
Commission Expires December 13, 20 14

[signature]

KENNETH BARNES
Server's Lic # 1278936
Invoice/ Work Order # 0300003

# EXHIBIT 4

**STATE OF NEW YORK**
**UNITED STATES DISTRICT COURT**
**DISTRICT: EASTERN DIVISION**

**COUNTY OF QUEENS**

**INDEX # :** CV13-6573
**Date Filed:** September 17, 2013

*LIANG HUO*

*Plaintiff(s)/Petitioner(s)*

*vs*

*GO SUSHI GO 9 TH AVE INC, CHI HANG LEWING . TONY CHAN, JOHN DOE & JANE DOE*

*Defendant(s)/Respondent(s)*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

KENNETH BARNES, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On September 19, 2013 at 3;10PM , at 756 9TH AVE , NYC, NY 11791, deponent served the within SUMMONS IN A CIVIL ACTION

on: TONY CHAN, Defendant therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering thereat a true copy of each to ______ personally, deponent knew the person so served to be the ______ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to CHRIS DOE //REFUSED NAME a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
Address confirmed by ______

#5 MAIL COPY [X] On September 19, 2013, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male Color of skin: Yellow Color of hair: Black Age: 21 - 35 Yrs. Height: 5' 4" - 5' 8"
Weight: 161 - 200 Lbs. Other Features: Glasses

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER [ ]

Sworn to before me on September 23, 2013

[signature] Patricia E Lasak

PATRICIA E. LASAK
Notary Public, State of New York
No. 04LA5232541
Qualified in Queens County
Commission Expires December 13, 20 14

[signature]
KENNETH BARNES
Server's Lic # 1278936
Invoice/ Work Order # 0300003

# EXHIBIT 5

STATE OF NEW YORK
UNITED STATES DISTRICT COURT
DISTRICT: EASTERN DIVISION

COUNTY OF QUEENS

INDEX #: CV13-6573
Date Filed: September 17, 2013

*LIANG HUO*

Plaintiff(s)/Petitioner(s)

*vs*

*GO SUSHI GO 9 TH AVE INC, CHI HANG LEWING . TONY CHAN, JOHN DOE & JANE DOE*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

KENNETH BARNES, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On September 19, 2013 at 3;10PM, deponent served the within at 756 9TH AVE, NYC, NY 11791

SUMMONS IN A CIVIL ACTION

on: JOHN DOE, Defendant therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering thereat a true copy of each to ______ personally, deponent knew the person so served to be the ______ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to CHRIS DOE/REFUSED NAMME a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______

Address confirmed by ______

#5 MAIL COPY [X] On September 19, 2013, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male Color of skin: Yellow Color of hair: Black Age: 21 - 35 Yrs. Height: 5' 4" - 5' 8"
Weight: 161 - 200 Lbs. Other Features: Glasses

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER [ ]

Sworn to before me on September 23, 2013

[signature]
PATRICIA E. LASAK
Notary Public, State of New York
No. 01LA6232541
Qualified in Queens County
Commission Expires December 13, 2014

[signature]
KENNETH BARNES
Server's Lic # 1278936
Invoice/ Work Order # 0300003

# EXHIBIT 6

STATE OF NEW YORK
UNITED STATES DISTRICT COURT
DISTRICT: EASTERN DIVISION

COUNTY OF QUEENS

INDEX #: CV13-6573
Date Filed: September 17, 2013

*LIANG HUO*

Plaintiff(s)/Petitioner(s)

*vs*

*GO SUSHI GO 9 TH AVE INC, CHI HANG LEWING . TONY CHAN, JOHN DOE & JANE DOE*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

KENNETH BARNES, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On September 19, 2013 at 3;10PM, at 756 9TH AVE , NYC, NY 11791, deponent served the within SUMMONS IN A CIVIL ACTION

on: JANE DOE, Defendant therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering thereat a true copy of each to ______ personally, deponent knew the person so served to be the ______ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to CHRIS DOE/REFUSED NAMME a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
Address confirmed by

#5 MAIL COPY [X] On September 19, 2013, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male Color of skin: Yellow Color of hair: Black Age: 21 - 35 Yrs. Height: 5' 4" - 5' 8"
Weight: 161 - 200 Lbs. Other Features: Glasses

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER [ ]

PATRICIA E. LASAK
Notary Public, State of New York
No. 04LA6232541
Qualified in Queens County
Commission Expires December 13, 20 14

Sworn to before me on September 23, 2013

Patricia E. Lasak

KENNETH BARNES
Server's Lic # 1278936
Invoice/ Work Order # 0300003

# EXHIBIT 7

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 1/10/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

LIANG HUO

Plaintiff.

- against -

GO SUSHI GO 9TH AVE. INC. et al

Defendant.

-----------------------------------x

1:13 Civ. 06573 (KBF )

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on September 17, 2013 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants by serving upon a suitable age person Go Susho Go 9th Ave Inc., Chi Hong Leung, Tony Ch[illegible] John Doe, and Jane Doe (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of such service thereof was filed on October 1, 2013.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

**RUBY J. KRAJICK**
Clerk of Court

By: Jennifer Nobile
Deputy Clerk

# EXHIBIT 8

**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 9E
Flushing, New York 11354

JIAN HANG, ESQ.
Tel : (718) 353-8588
Cell: (718) 350-9308
Fax: (718) 353-6288
Email: jhang@hanglaw.com

February 10, 2014

**DAMAGES CALCULATION**

Plaintiff was employed by the Defendants as a delivery man from March 1, 2013 to August 30, 2013 and was paid $970 per month. His weekly salary is about $223.85 per week. ($970x12/52=$223.85). He works about 55 hours per week with 15 hours of overtime per week. He also works more than 10 hours from Monday through Friday every workweek, therefore is entitled to 5 hours of hourly minimum wage of $7.25. Plaintiff spent about $10 per month on maintenance and repair.

**I. Minimum wage and overtime back-pay.**

From March 1, 2013 to August 30, 2013, the minimum wage is $7.25 under both federal and state law. The minimum wage and overtime Plaintiff should have got per week is $7.25 x (40+15x1.5)=$453.13. Plaintiff was paid $223.85 per week; therefore, he is owned $229.28 per week for his back pay. There are 26 weeks from March 1, 2013 to August 30, 2013, therefore, the total amount owned to Plaintiff for this period is **$5,961.28**=$229.28x26.

The total amount of minimum wage and overtime back-pay to Plaintiff is **$5,961.28**=$229.28x26.

**II. Minimum wage and overtime liquidated damages under FLSA.**

**$5,961.28**=5,961.28x100%.

**III. Minimum wage and overtime liquidated damages under New York State law.**

**$5,961.28**=5,961.28x100%.

**IV. Spread of Hours under New York State law.**

**$942.50**=$7.25x5x26 (26 weeks from March 1, 2013 to August 30, 2013, 5 days a week, which a minimum of $7.25 per hour)

**V. Reimburse expenses relating to tools of the trade.**

**$60**=$10x6(6 months from March 1, 2013 to August 30, 2013)

### VI. Failure to provide notices and statements under New York law.

**$3,900**=$50x26 +$100x26 (26 weeks, $50 per week for failure to provide written notice in violation of New York Labor Law §198(1-b), $100 per week for failure to provide written statement in violation of New York Labor Law §198(1-d)).

### VII. Pre-trail interest

The midpoint of when plaintiff's damages became due I choose for the calculation is June 1, 2013. See N. Y.C.P. L.R. § 5001(b). The New York statutory interest rate is 9%. N.Y.C.P.L.R. § 5004. The pre-judgment interest owed is calculated to Feb 10, 2014, for the convenience of the Court; however, plaintiff requests that he be rewarded pre-judgment interest to the actual date of judgment.

The interest calculation is as follows:
I=d x r x n, where
I equals the pre-judgment interest due as of Feb 28, 2014,
d equals the total amount of damages owed (exclusive of liquidated damages)
r equals the New York statutory daily interest rate of 0.09/365, and
n equals the number of days that have passed between the midpoint of when the damages because due (June 1, 2013) and Feb 28, 2014.

Therefore, Interest=**$464.73**=($5,961.28+$942.50)(minimum wage and overtime back-pay +spread of hours pay)x0.09/365x273(273 days from June 1, 2013 to Feb 28, 2014).

Adding I to VII, the total amount is

**$23,251.07=$5,961.28+$5,961.28+$5,961.28+$942.50+$60+$3,900+$464.73**

# EXHIBIT 9

**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1003
Flushing, New York 11354
Tel: (718) 353-8588
Fax: (718) 353-6288

February 10, 2014

Attn: Liang Huo

**CONFIDENTIAL**

For professional Services rendered through the period ending February 10, 2014:
000129-00001
General

| | | | | |
|---|---|---|---|---|
| 09/06/13 | J. Hang | Research on the various claims under federal and New York state wage and hour laws. | 2.6 | |
| 09/08/13 | J. Hang | Discuss with client about case facts and the Draft a verified complaint against various defendants. | 5.9 | |
| 09/09/13 | J. Hang | Revise the complaint. | 1.1 | |
| 09/09/13 | J. Hang | Prepare verification and Summons. | 0.8 | |
| 09/09/13 | J. Hang | Revise and arrange to file a complaint in the Eastern District of New York. | 0.7 | |
| 10/01/13 | J. Hang | Review affidavits of services and filed in the court. | 0.5 | |
| 10/29/13 | J. Hang | Review files, fill in scheduling order and sent requested files to the Court. | 1.3 | |
| 12/20/13 | J. Hang | Prepare a certificate of default judgment and file in the court. | 1.5 | |
| 01/09/14 | J. Hang | Revise and file a certificat of default. | 0.3 | |
| 01/09/14 | J. Hang | Review case and go to court for initial conference. | 1.9 | |
| 01/30/14 | J. Hang | Prepare Huo Ling's motion for default judgment, notice of motion, affirmation, memo of law in support of motion. | 6.9 | |
| 02/09/14 | J. Hang | Revise Huo Liang's moition for default judgment, finalize motion papers and file same in the court. | 4.7 | |
| | | | | |
| | | | | |
| | | **Total Hours** | | **28.2** |
| | | **Total For Services** | **$** | **9,870** |
| | | | | |

**ATTRONEY/PARALEGAL SUMMARY**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Hang | 28.2 | 350 | 9,870 |

# EXHIBIT 10



Chase.com | Contact Us | Privacy Notice | En Español | LOG OFF

CHASE ONLINE℠ Monday, February 10, 2014

My Accounts > Account Activity > Check Details

## Check Details

Print   Help with this page

**I'd like to...**

- See Account Statements

BUSINESSSELECT CHKG (...3572)

**Check Number:** 1056   **Post Date:** 09/18/2013   **Amount of Check:** $400.00

Front   Enlarge/Reduce Check Image

HANG & ASSOCIATES, PLLC
13620 38TH AVE., STE 9E
FLUSHING, NY 11354-4232

1056

Sept. 12, 2013

Pay to the order of United States District Court $ 400 $^{00}/_{100}$

Four Hundred ——— dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

for Filing fee

⑆021000021⑆ 1799035722⑈ 1056

Need help printing or saving this check?

Back   Enlarge/Reduce Check Image

FRB CLEVELAND
0410-3603-3
US Treas DG - OTCNET
09/17/2013

4653064180

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2014 JPMorgan Chase & Co.

FRANK BRODSKY
P.O. BOX 570613
WHITESTONE, NY 11357

Invoice No.: 0300003
September 22, 2013
Your File No.: 55555

JIAN HANG
136-20 38 TH AVE SUITE 9-E
FLUSHING, ny 11354

**Caption:** *LIANG HUO* Plaintiff/Petitioner *vs* *GO SUSHI GO 9 TH AVE INC, CHI HANG LEWING . TONY CHAN, JOHN DOE* Defendant/Respondent

Date Received: 9/17/2013
Serve By Date:
Docket or ID #: CV13-6573
County: Queens
Court: United States District Court

**Re:** GO SUSHI GO 9TH AVE INC .

**Docs Served:** SUMMONS IN A CIVIL ACTION

Date Served: 9/19/2013
Served By: KENNETH BARNES
Place Served: 756 9TH AVE , NYC, NY 11791

| Date | Service Description | Service Fee | Fee Prepaid |
|---|---|---|---|
| 9/17/2013 | PURCHESS INDEX #CV- 13 6573 | $25.00 | |
| 9/18/2013 | SERVICE OF SUMMMONS | $35.00 | |
| | **Total Service Fees and Total Fees Prepaid:** | **$60.00** | |
| **Terms:** | | **Total Amount Due =** | **$60.00** |
| **Remarks:** | | | |

Please detach this lower portion and return it with your payment. Make checks payable to ***Frank Brodsky***

JIAN HANG
136-20 38 TH AVE SUITE 9-E
FLUSHING , ny 11354

Invoice•Work Order # 0300003
Invoice Date: September 22, 2013
Attorney's ID# 54555

**Total Amount Due = $60.00**

**Amount Enclosed** ________________

All County Services
P.O. Box 570613
Whitestone, New York, 11357