UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LIANG HUO,

                Plaintiff,

      - against -

GO SUSHI GO 9TH AVE. INC., CHI HANG LEWING,
TONY CHAN, JOHN DOE and, JANE DOE

                Defendants.

Case No. 1:13-cv-06573-KBF

## DECLARATIONS OF LIANG HUO

LIANG HUO hereby declares the following under the penalty of perjury:

1. I am the named plaintiff in this action, and I make this declaration in support of my attorney's motion for default judgment under Fed.R.Civ.P.55(b). I am fully familiar with the facts and circumstances as set forth in this declaration.

2. I was employed by the Defendants Go Sushi Go 9th Ave. Inc., Chi Hang Lewing, and Tony Chan as a delivery man from March 1, 2013 to August 30, 2013.

3. I worked 55 hours per workweek on each workweek. I worked 15 hours of overtime hours per workweek.

4. Throughout my employment with Defendants, I worked eleven hours per workday. I worked more than ten hours five days per week.

5. During my employment with the Defendants, I was paid about $970 per month.

6. To deliver hot meals, I bought an electronic bicycle to deliver meals and spent about out $10 per month on maintenance and repair on my electronic bicycle.

7. I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief, and I am aware that if any of the foregoing is materially false, I may be subject to criminal penalties, including jail.

Executed on April 8, 2014

_____
LIANG HUO